Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Plaintiff
Yidun Fang Wei

# UNITED STATES BANKRUPTY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 17-42841 |
| Yidun Fang Wei | Chapter 13 |
| | Adv. No. 18-03013 |
| Debtor. | |
| Yidun Fang Wei | **APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |
| Plaintiff, | |
| vs. | |
| U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust and Does 1-5 | |
| Defendants. | |

## INTRODUCTION:

Plaintiff stands to lose her home and hundreds of thousands of dollars. The debtor is prepared to do equity by bringing her first mortgage post-petition current before the end of this month. There is a foreclosure sale scheduled for March 7, 2018 AT 2:00 p.m.

Wherefore, the plaintiff prays the Court grant her application and enjoin the defendant's foreclosure sale.

**FACTS IN SUPPORT:**

1. On or about December 5, 2003 WEI ("Debtor") executed a Promissory Note in the sum of $600,000 naming COUNTRYWIDE BANK as Payee.

2. The Note is secured by a Deed of Trust in like amount naming COUNTRYWIDE as Beneficiary and encumbering the Property.

3. US Bank is the current holder of all right, title and interest in the Note and Deed of Trust.

4. Debtor filed the within Chapter 13 case on August 17, 2017.

5. On December 19, 2017, US Bank filed a claim, claim #6, showing that debtor owed $820,029.66 as of the petition date.

6. Debtor's monthly payment to US Bank is $4,714.66.

7. The debtor lost the use of one unit and also lost a tenant. As such, debtor became delinquent 6 post-petition payments totaling approximately $28,287.96.

8. The debtor was ordered to make a payment of approximately $6,200 by February 15, 2018. However, the debtor was unable to get the money until February 26, 2018. The lender would not accept the funds.

9. Since debtor defaulted on her adequate protection order, relief from stay was granted on February 23, 2018.

10. The debtor has the ability to pay the sum of $30,000. She can pay $10,000 by March 7, 2018 and $20,000 by March 8, 2018. In addition, the debtor will make her March 2018 payment before March 31, 2018.

11. The Property has a second deed of trust with an approximate balance of $160,000.

12. The Property has a third deed of trust for in the approximate amount of $130,000.

13. The Property has a fourth deed of trust in the approximate amount of $50,000.

14. The debtor estimates that the total debt against the property is approximately $1,190,000.

15. The Property is currently on the market and the debtor has received at least one written

offer in the amount of $1,450,000. However, the buyer is asking debtor to evict the tenants prior to the close of escrow.

16. Moreover, the City of San Francisco is requiring the debtor to upgrade and legalize two of her units in the Property. In addition, the debtor needs to evict the tenants to make the Property more marketable.

17. The repairs and eviction of the tenants will take some time, but the Property will have a greater value when the repairs are complete, and the units are vacant. The debtor estimate the Property will then have a value between 1.7 to 1.8 million dollars.

18. There is a foreclosure sale currently scheduled for March 7, 2018.

## CONCLUSION

The debtor's residence is her only source to pay off all her creditors and obtain a fresh start. The debtor's real property has substantial equity that will be lost if the senior lien holder is allowed to foreclose. Plaintiff is able and willing to pay the senior lien holder the amount necessary to come post-petition current and therefore, there is no prejudice to defendant U.S Bank if plaintiff's application is granted. However, there will be substantial prejudice to both the debtor and her creditors if the property is foreclosed upon.

As such, plaintiff prays her application be granted to allow the plaintiff to maximize the value of her real property for herself and her estate.

Dated: 3/4/2018

/s/ Marc Voisenat
Marc Voisenat, Attorney for
Plaintiff Yidun Fang Wei